IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

TRUSTEES OF THE NAW
PENSION FUND,

      Plaintiff,

vs.                                              CASE NO.: 1:07cv97-SPM/AK

KELLEE WHITEHURST,

      Defendant.

_____/

## ORDER OF DISMISSAL

     This case has been dismissed with prejudice pursuant to the parties'

stipulation (doc. 7) and Federal Rule of Civil Procedure 41(a)(1)(ii).  Accordingly,

the clerk shall close this case.

     SO ORDERED this 5th day of September, 2007.

      *s/ Stephan P. Mickle*
      Stephan P. Mickle
      United States District Judge